Mo Mokarram, Esq. SBN: 258093
1101 Fulton Avenue
Sacramento, CA 95825
(888) 588-0040 (Phone)
(888) 588-6407 (Fax)
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In re:<br><br>**BARTOLOME GARCIA**<br><br><br><br><br><br>Debtor | Case No. 2013-26099<br>D.C. No. MMM-001<br><br>Judge:  Ronald H. Sargis<br>Date:   JULY 2, 2013<br>Time:  3:00 PM<br>Place:  501 I Street, 6th Floor<br>          Department E- Courtroom 33<br>          Sacramento, CA 95814<br>Trustee: David Cusick |

## **PROOF OF SERVICE**

      I am a citizen of the United States, over the age of 18 years, and not a party to the within related action.  I am employed by the Office of Mo Mokarram and my business address is 1101 Fulton Avenue, Sacramento, CA 95814.  On this date, I served the following documents unless otherwise set forth in the attached list:

1)  NOTICE OF MOTION TO VALUE COLLATERAL
2)  MOTION TO VALUE COLLATERAL
3)  SUPPORTING DECLARATION OF DEBTOR; and
4)  PROOF OF SERVICE.

By placing a true copy thereof, in a sealed envelope with postage thereon fully prepaid, in the United States Post Office Mail at Sacramento, California, addressed as set forth below. Where the address includes an e-mail address, service was accomplished by electronic means in compliance with Rule 5(b)(2)(d) of the Federal Rules of Civil Procedure and Local Rule 7005-1(d).

Office of the U.S. Trustee
ustpregion17.sc.ecf@usdoj.gov

David Cusick
Chapter 13 Trustee
legalmail@cusick13.com

**Via Certified Mail:**

**BANK OF AMERICA, N.A.  (*)**
**c/o CSC- Lawyers Incorporating Service**
Attention: Officer, a Managing or General Agent
Or Agent for Service of Process
818 W Seventh Street
Los Angeles, CA 90017

Certified # 7012 1640 0001 0921 4271

**BANK OF AMERICA, N.A. (*)**
Attention: Officer, a Managing or General Agent
Or Agent for Service of Process or
100 North Tryon Street
Charlotte, NC 28202

Certified # 7012 1640 0001  0921 4288

(*) by certified mail

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2013, at Sacramento, California.

                           **/s/ Maryam Kia**

                           Maryam Kia